# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-3045

_____

United States of America

*Plaintiff - Appellee*

v.

Kasey Lee Cassady

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: June 1, 2021
Filed: June 9, 2021
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kasey Cassady appeals the sentence the district court[1] imposed after he pled guilty to drug and firearm offenses. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

After careful review, we conclude the district court did not abuse its discretion in sentencing Cassady. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard). Furthermore, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.